### CHRIST, Respondent, v. CHETWOOD, Appellant.

(Common Pleas of New York City and County, General Term.　April 3, 1893.)

Appeal from city court, general term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

John G. Ritter, (Jesse K. Furlong, of counsel,) for appellant.
Herman G. Loew, (F. P. Trautmann, of counsel,) for respondent.

PER CURIAM. The case was well decided by the court below, and nothing need be added to the argument at general term. Judgment affirmed, on opinion of VAN WYCK, J., (20 N. Y. Supp. 841,) with costs.

---

### CAPEL et al., Respondents, v. LYON et al., Appellants.

(Common Pleas of New York City and County, General Term.　April 10, 1893.)

Action by Henry A. Capel and another against Jeremiah C. Lyon and another.
C. E. Souther, for appellants.
B. Lewinson, for respondents.
No opinion. Motion for reargument denied, with $10 costs. See 22 N. Y. Supp. 378.

---

### DUFFY v. DAWSON.
### EVANS et al., Appellants, v. SAME, Respondent.

(Common Pleas of New York City and County, General Term.　April 10, 1893.)

A. E. Woodruff, for appellants.
Johnston & Johnston, for respondent.
No opinion. Motion for reargument denied, with $10 costs. See 21 N. Y. Supp. 978; 22 N. Y. Supp. 1129, mem.

---

### KLEE, Appellant, v. GRANT, Sheriff, Respondent.

(Common Pleas of New York City and County, General Term.　April 10, 1893.)

Action by Jacob Klee against Hugh J. Grant, as sheriff.
Sampter & Bloomfield, for appellant.
Cockran & Clark, for respondent.
No opinion. Motion for reargument granted. See 21 N. Y. Supp. 1010.

---

### In re LAWYERS' SURETY CO. OF NEW YORK.

(Common Pleas of New York City and County, General Term.　April 10, 1893.)

Application by the Lawyers' Surety Company of New York for an order respecting the approval of bonds and undertakings guarantied or executed by said company.
Norwood & Coggeshall, for petitioners.
No opinion. Petition authorizing the approval of bonds of the Lawyers' Surety Company. Motion granted.

---

### MOROWSKY et al., Respondents, v. ROHRIG, Appellant.

(Common Pleas of New York City and County, General Term.　April 10, 1893.)

Action by William Morowsky against William F. Rohrig.
Simon Sultan, for appellant.
Gumbleton, Flanagan & Hottenroth, for respondents.
No opinion. Motion for reargument granted. See 21 N. Y. Supp. 1136; 22 N. Y. Supp. 1130, mem.